UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER DENYING MOTION TO RELATE CASES

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are NOT related to the case assigned to me, and such case(s) shall NOT be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 14-01725 BLF**     **Fitness Anywhere LLC v. Woss Enterprises LLC**

**C 15-00983 VC**      **The Burlington Insurance Company v. Fitness Anywhere, LLC et al**

      **I find that the above case is NOT related to the case assigned to me.  \_\_BLF\_\_**

Dated:  May 11, 2015                                    Judge Beth Labson Freeman