UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, | Case No. 15-cv-00983-VC |
| Plaintiff, | |
| v. | **ORDER RE PROPOSED JUDGMENT** |
| FITNESS ANYWHERE, LLC, et al., | |
| Defendants. | |

At today's case management conference, Burlington Insurance Company, WOSS Enterprises, and Berkley Assurance told the Court that they have reached a settlement that would dispose of all remaining issues in this case. Based on their description of the resolution, this seems correct, but they apparently did not discuss this with counsel for Fitness Anywhere, which is a party to the case. Accordingly, Burlington, WOSS, and Berkley are ordered to file a proposed judgment (by way of administrative motion) by midnight tonight. Any objection to the proposed judgment by Fitness Anywhere must be filed no later than noon on April 14, 2016.

All other dates that are currently pending (including the dates for pretrial conference and trial) remain in place unless and until the Court enters a judgment that fully resolves the case.

**IT IS SO ORDERED.**

Dated: April 12, 2016

_____
VINCE CHHABRIA
United States District Judge