UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>FITNESS ANYWHERE, LLC, et al.,<br><br>        Defendants. | Case No.  15-cv-00983-VC<br><br>**ORDER**<br><br>Re: Dkt. Nos. 76, 78 |

Burlington and Berkley are ordered to file a response to TRX's objections by Friday, April 15, 2016.  In particular, Burlington and Berkeley should address whether the second paragraph of the proposed judgment is necessary.  At first glance, it appears to the Court that the second paragraph is not necessary, and its removal would moot any objection that TRX could possibly have to entry of judgment.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
VINCE CHHABRIA
United States District Judge